170 A.3d 937

AVNESH SUPPIAH, PLAINTIFF–PETITIONER, v. SYSTEMS 3000,
INC., LORENZO FIORENTINI, AND ALLISON MEISEN-
BACHER, DEFENDANTS–RESPONDENTS.

September 22, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003662–14
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied,
with costs.

■

170 A.3d 937

JOHN PAFF, PLAINTIFF–RESPONDENT, v. OCEAN COUNTY
PROSECUTOR'S OFFICE, DEFENDANT–APPELLANT.

September 22, 2017

ORDER

It is ORDERED that the motions of the Latino Leadership
Alliance of New Jersey, Garden State Equality, People's Organiza-
tion for progress, and New Jersey Chapter of the Society of
Professional Journalist for leave to file a motion for leave to
appear amicus curiae as within time (M–163) and for leave to file a
brief and argue as amicus curiae (M–164) are granted. The parties
may serve and file briefs in response on or before October 23,
2017. Oral argument is limited to five minutes.